United States District Court
Southern District of Texas
**ENTERED**
July 01, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **AMIRPARSA SAMIM**, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-705** |
| | § | |
| **WARDEN OF EL VALLE** | § | |
| **DETENTION FACILITY**, in his | § | |
| official capacity, | § | |
| Respondent. | § | |

## ORDER

Before the Court is Petitioner Amirparsa Samim's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" ("§ 2241 Petition"); Samim lists the "Warden, El Valle Detention Center" as the Respondent (hereinafter, the "Government"). Dkt. No. 1.

The Government is **ORDERED** to file a response to Samim's § 2241 Petition on or before **July 15, 2026**. If Samim wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.

**SO ORDERED.**

**SIGNED** on this **1st** day of **July, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**